QUIN DENVIR, Bar #49374
Federal Defender

DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
PASQUALE NIGRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASQUALE NIGRO,<br><br>  Petitioner,<br><br>  v.<br><br>M. EVANS, Warden,<br><br>  Respondent. | NO. Civ. S-05-0712 GEB GGH P<br><br>**[lodged] ORDER GRANTING UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING STATEMENT** |

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, the joint scheduling statement shall be filed on or before July 27, 2005.

Dated: 7/1/05

/s/ Gregory G. Hollows
_____
Honorable GREGORY G. HOLLOWS
United States Magistrate Judge

nigr0712.ord06