IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PASQUALE NIGRO,** | CVS 05-0712 GEB GGH |
| Petitioner, | **ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **M. EVANS,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including April 17, 2006, to file an answer to the petition for writ of habeas corpus.

DATED: 3/22/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

nigr0712.po2

ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER - CVS 05-0712 GEB GGH