IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PASQUALE NIGRO,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**M. EVANS,**<br><br>　　　　　　　　　　Respondent. | CVS 05-0712 GEB GGH P<br><br>**ORDER GRANTING THIRD AND FINAL ENLARGEMENT OF TIME TO FILE RESPONSE** |

　　　　Respondent is granted a third enlargement of time, to and including May 17, 2006, to file a response to the first amended petition for writ of habeas corpus.   No further extension will be granted.

　　　　IT IS SO ORDERED.

DATED: 4/24/06

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

nigr0712.po3

ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER - CVS 05-0712 GEB GGH