IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASQUALE NIGRO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. EVANS, Warden,<br><br>　　　　Respondent. | Case No. CV 05-0712-GEB-GGH<br><br>ORDER GRANTING ENLARGEMENT OF TIME TO FILE A TRAVERSE TO RESPONDENT'S ANSWER |

Petitioner has requested a sixty day extension of time in which file a Traverse to Respondent's Answer to Petitioner's First Amended Petition for Writ of Habeas Corpus. GOOD CAUSE APPEARING, Petitioner is granted an extension of time to an including January 20, 2007, in which to file a Traverse to Respondent's Answer.

DATED: Nov. 30, 2006

GREGORY G. HOLLOWS
_____
The Honorable Gregory G. Hollows
Magistrate Judge, U.S. District Court